No. 162, Misc. PETTIS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 184, Misc. TURNER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 247, Misc. LOPER v. MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied.

No. 297, Misc. UNITED STATES EX REL. FARMER v. THOMPSON. C. A. 3d Cir. Certiorari denied.

No. 309, Misc. WESTBROOK v. RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 328, Misc. KETTER v. PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 329, Misc. GROSS v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 331, Misc. GUIDICE v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 335, Misc. ST. CLAIR v. WARDEN, MISSOURI STATE PRISON, ET AL. Supreme Court of Missouri. Certiorari denied.

No. 336, Misc. JONES v. MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied.

No. 348, Misc. CROSSLY v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.